UNITED STATES DISTRICT CCOURT

DISTRICT OF NEVADA

| | |
|---|---|
| MITCHELL KEITH GOODRUM,<br><br>           Plaintiff,<br><br>v.<br><br>FALLON POLICE DEPARTMENT, *et al.*,<br><br>           Defendants. | Case No.: 3:23-CV-00520-RCJ-CLB<br><br>ORDER ADOPTING AND ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE (ECF NO. 5) |

      Before the Court is the Report and Recommendation of United States Magistrate Judge Carla Baldwin, (ECF No.5[1]), entered on October 30, 2023, recommending that the Court deny Goodrum's application to proceed *in forma pauperis*, (ECF No. 4), and the complaint, (ECF No. 1-1), be dismissed without prejudice and without leave to amend. No objection to the Report and Recommendation has been filed.

      This action was referred to Magistrate Judge Baldwin under 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 1-4 of the Rules of Practice of the United States District Court for the District of Nevada.

---

[1] Refers to Court's docket number.

1

The Court has considered the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-2.

**IT IS HEREBY ORDERED** that Magistrate Judge Baldwin's Report and Recommendation, (ECF No. 5), is **ADOPTED and ACCEPTED**.

**IT IS FURTHER ORDERED** that the Application to Proceed *in forma pauperis,* (ECF No. 4), is **DENIED**

**IT IS FURTHER ORDERED** that the Complaint, (ECF No. 1-1), is **DISMISSED WITHOUT PREJUDICE and WITHOUT LEAVE TO AMEND.**

**IT IS SO ORDERED**.

Dated:  November 17, 2023.

_____
ROBERT C. JONES
United States District Judge